UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSHUA HOWARD,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-273-pp

CAPT. BAUMANN, SGT. BEBO,
LT. KENNENHOVEN and JOHN KIND,

    Defendants.

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED**.

    **THE COURT ORDERS** that the motion for summary judgment filed by defendants Baumann and Kettenhoven is **GRANTED**. Defendants Bebo and Kind were previously dismissed and defendant Kettenhoven was dismissed after the motion for summary judgment was filed.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 12th day of March, 2025.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    GINA M. COLLETTI
    Clerk of Court

    s/ *Cary Biskupic*
    (by) Deputy Clerk